# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| YVONNE AMBROSE, individually and as Administrator for the Estate of Desiree Robinson, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> BACKPAGE.COM, L.L.C.; BACK PAGE, L.L.C.; MEDALIST HOLDINGS, L.L.C.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V. and ANTONIO ROSALES <br><br> Defendants. | No. 1:17-cv-05081 <br><br> Judge Manish S. Shah <br> Magistrate Judge Young B. Kim |

**DEFENDANTS BACKPAGE.COM, LLC, LEEWARD HOLDINGS, LLC, CAMARILLO HOLDINGS, LLC, DARTMOOR HOLDINGS, LLC, AND IC HOLDINGS, LLC'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**

Defendants Backpage.com, LLC, Leeward Holdings, LLC, Camarillo Holdings, LLC, Dartmoor Holdings, LLC, and IC Holdings, LLC, (collectively, "Backpage Defendants")[1] pursuant to Local Rule 7.1, hereby move the Court for an Order allowing the Backpage Defendants to file their Opposition to Plaintiff's Motion to Remand in excess of the 15-page limitation of Local Rule 7.1, and state as follows:

The Backpage Defendants are all alleged former owners or operators of, or otherwise associated with, Backpage.com, an online classified advertising service through which users can post ads in a variety of categories, including local places, buy/sell/trade, automotive, rentals, real estate, jobs, dating, and services, *see Backpage.com, LLC v. Cooper*, 939 F. Supp. 2d 805, 813 (M.D. Tenn. 2013), organized geographically by state and municipality. *See* http://chicago.backpage.com. U sers post millions of ads every month, making Backpage.com the second-largest online classified ad service in the country, after Craigslist. *See Backpage.com, LLC v. McKenna*, 881 F. Supp. 2d 1262, 1266 (W.D. Wash. July 27, 2012). Users provide all content for ads they post, using an automated interface. *Cooper*, 939 F. Supp. 2d at 813. Until January 2017, Backpage had an "adult" category, which —after pressure from government actors, including what the Seventh Circuit called an unconstitutional effort to "crush Backpage"—was shuttered. *Backpage.com, LLC v. Dart*, 807 F.3d 229, 230 (7th Cir. 2015), *cert. denied*, 137 S. Ct. 46, 196 (2016).

Plaintiff commenced this Action on May 17, 2017, in the Circuit Court of Cook County, Illinois, with a First Amended Complaint ("FAC") that is 50 pages long, comprising 259 paragraphs, with nine causes of action, on June 20, 2017. Plaintiff, suing individually and as

---

[1] Plaintiff erroneously named Back Page, L.L.C. as a defendant, but no such entity is associated with Backpage.com. Plaintiff also erroneously named Medalist Holdings, L.L.C. as a defendant in the state court action, rather than the likely intended party Medalist Holdings, Inc. Neither entity has been served, nor has UGC Tech Group, C.V.

1

Administrator for the Estate of Desiree Robinson, alleges in her FAC various claims against the Backpage Defendants under state law—namely Negligent and/or Willful and Wanton Wrongful Death (Counts 1–4), Intentional and/or Negligent Infliction of Emotional District (Counts 5–6), and Civil Conspiracy (Count 7)—in connection with the trafficking, assault, and ultimate murder of Ms. Robinson at the alleged hands of individual Defendant Antonio Rosales (a john), after she was trafficked by other third-parties identified as "two unknown adult individuals" who purchased and posted advertising depicting Ms. Robinson on Backpage.com. None of her claims against the Backpage Defendants overlap with her claims against Rosales.

The Backpage Defendants timely removed this action to this Court on July 10, 2017 based on the procedural misjoinder doctrine. (Dkt. 1.) Plaintiff filed her Motion to Remand on August 1, 2017. (Dkt. 28.) Prior to Plaintiff's Motion to Remand, the Backpage Defendants also filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) on July 17, 2017. (Dkt. 15.) Pursuant to this Court's order dated August 2, 2017, the Backpage Defendants' Opposition to Plaintiff's Motion to Remand is due on September 12, 2017. (Dkt. 31.) Accordingly, concurrently herewith, the Backpage Defendants file their Opposition to Plaintiff's Motion to Remand.

The Backpage Defendants have attempted to make their opposition as concise as possible. However, because of the unique applicability of the fraudulent misjoinder doctrine to the claims and circumstances of this case, the Backpage Defendants' brief exceeds the fifteen page limit set by Local Rule 7.1.

The the Backpage Defendants' opposition brief will be twenty-two pages long, excluding caption, signature page, and the Certificate of Service. Accordingly, as Local Rule 7.1 requires, and contemplates, *see id*. ("Briefs that exceed the 15 page limit must have a table of contents with the pages noted and a table of cases."), the Backpage Defendants hereby seek approval of

the Court to file its over-size memorandum in opposition to Plaintiff's Motion to Remand to the extent set forth above. The Backpage Defendants submit that for good cause shown leave to file an over-size memorandum in support has been shown.

WHEREFORE, the Backpage Defendants respectfully move the Court for an Order granting permission to exceed the page limitation of Local Rule 7.1, and to allow the Backpage Defendants leave to file its opposition to Plaintiff's Motion to Remand up to 22 pages in length.

s/ *Wayne Giametro*
Attorney for Petitioners Backpage.com, LLC;
Leeward Holdings, LLC; Camarillo Holdings, LLC;
Dartmoor Holdings, LLC; IC Holdings, LLC; and
UGC Tech Group C.V.

By

POLTROCK & GIAMPIETRO
123 West Madison St., Suite 1300
Chicago, Illinois 60602
(312) 236-0606; fax (312) 236 9264
*wgiampietro@giampietrolaw.com*
Attorney I.D. 0947776

DAVIS WRIGHT TREMAINE LLP
JAMES C. GRANT (*Pro Hac Vice*)
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150
Facsimile: (206)757-7700
*jimgrant@dwt.com*

DAVIS WRIGHT TREMAINE LLP
SCOTT COMMERSON (Cal. State Bar
No. 227460) (*Pro Hac Vice*)
NICOLE PHILLIS (Cal. State Bar No. 291266)
(*Pro Hac Vice*)

865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
*scottcommerson@dwt.com*
*nicolephillis@dwt.com*

3


DAVIS WRIGHT TREMAINE LLP
ROBERT CORN-REVERE (*Pro Hac Vice*)
RONALD LONDON (*Pro Hac Vice*)
PETER KARANJIA (*Pro Hac Vice*)
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
bobcornrevere@dwt.com
ronnielondon@dwt.com
peterkaranjia@dwt.com

## CERTIFICATE OF SERVICE

    I, Robert Corn-Revere, Attorney for the Backpage.com Defendants, certify that on September 12, 2017 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

                                      s/ *Robert Corn-Revere*
                                         Robert Corn-Revere