IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YVONNE AMBROSE, individually and as Administrator for the Estate of Desiree Robinson, Deceased,<br><br>   Plaintiff,<br><br> v.<br><br>BACKPAGE.COM, L.L.C.; BACK PAGE, L.L.C.; MEDALIST HOLDINGS, L.L.C.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V. and ANTONIO ROSALES<br><br>   Defendants. | No. 1:17-cv-05081<br><br>Judge Manish S. Shah<br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

TO: Mr. Antonio Romanucci
   Romanucci & Blandin, LLC.
   321 N Clark St., Suite 900
   Chicago, IL 60654

Please take notice that Defendants Backpage.com, LLC, Leeward Holdings, LLC, Camarillo Holdings, LLC, Dartmoor Holdings, LLC, and IC Holdings, LLC, (collectively, "Defendants" or "Backpage") will call up for hearing and disposition their MOTION FOR LEAVE TO FILE OVERSIZE BRIEF on September 19, 2017, at 9:45 a.m., or as soon thereafter as counsel may be heard by the Honorable Manish S. Shah, or any judge presiding in his stead in Courtroom 1719 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

DATED: September 12, 2017

                            Respectfully submitted,

                    By:    *s/ Wayne B. Giampietro*
                            Wayne B. Giampietro
                            POLTROCK & GIAMPIETRO
                            123 W. Madison, #1300
                            Chicago, IL 60602
                            Telephone (312) 236-0606

                            Robert Corn-Revere (application for admission filed)
                            Ronald G. London (application for admission filed)
                            DAVIS WRIGHT TREMAINE LLP
                            1919 Pennsylvania Ave., N.W., Suite 800
                            Washington, D.C. 20006
                            Telephone: (202) 973-4200

                            James C. Grant (*pro hac vice* to be filed)
                            DAVIS WRIGHT TREMAINE LLP
                            1201 Third Avenue, Suite 2200
                            Seattle, WA 98101
                            Telephone: (206) 622-3150

                            *Attorneys for Backpage.com, LLC, Leeward*
                            *Holdings, LLC, Camarillo Holdings, LLC, Dartmoor*
                            *Holdings, LLC, and IC Holdings, LLC*