## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Yvonne Ambrose
                            Plaintiff,

v.                                                       Case No.: 1:17−cv−05081
                                                        Honorable Manish S. Shah

BACKPAGE.COM, LLC, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 15, 2017:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file oversized brief [38] is granted. Defendants have leave to file a responsive brief of 22 pages. Plaintiff may also use 22 pages in reply. No appearance on the motion is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.