# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YVONNE AMBROSE, individually and as Administrator for the Estate of Desiree Robinson, Deceased,<br><br>        Plaintiff,<br><br>   v.<br><br>BACKPAGE.COM, L.L.C.; BACK PAGE, L.L.C.; MEDALIST HOLDINGS, L.L.C.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C.; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; UGC TECH GROUP C.V. and ANTONIO ROSALES<br><br>        Defendants. | No. 1:17-cv-05081<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

TO:    Mr. Antonio Romanucci
Romanucci & Blandin, LLC.
321 N Clark St., Suite 900
Chicago, IL 60654

      Please take notice that Defendant UGC Tech Group C.V. will appear and present its MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) on November 15, 2017, at 9:45 a.m., or as soon thereafter as counsel may be heard by the Honorable Manish S. Shah, or any judge presiding in his stead in Courtroom 1719 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

DATED:  November 2,  2017

        Respectfully submitted,

By:   *s/ Wayne B. Giampietro*
     Wayne B. Giampietro
     POLTROCK & GIAMPIETRO
     123 W. Madison, #1300
     Chicago, IL  60602
     Telephone  (312) 236-0606

     Robert Corn-Revere
     Ronald G. London
     DAVIS WRIGHT TREMAINE LLP
     1919 Pennsylvania Ave., N.W., Suite 800
     Washington, D.C.  20006
     Telephone:  (202) 973-4200

     James C. Grant (*pro hac vice*)
     DAVIS WRIGHT TREMAINE LLP
     1201 Third Avenue, Suite 2200
     Seattle, WA  98101
     Telephone:  (206) 622-3150

     *Attorneys for Backpage.com, LLC,*
     *Leeward Holdings, LLC, Camarillo Holdings, LLC,*
     *Dartmoor Holdings, LLC, IC Holdings, LLC and*
     *UGC Tech Group C.V.*