**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division**

Yvonne Ambrose

                              Plaintiff,

v.                                                  Case No.: 1:17−cv−05081
                                                           Honorable Manish S. Shah

BACKPAGE.COM, LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 13, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Hearing on UGC Tech Group's motion to dismiss [52] is reset to 11/30/17 at 9:30 a.m. to coincide with the status hearing. No appearance on 11/15/17 is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.