IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YVONNE AMBROSE, individually and as Special Administrator for the Estate of Desiree Robinson, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 17-CV-05081 |
| BACKPAGE.COM, L.L.C.; BACK PAGE, L.L.C.; MEDALIST HOLDINGS, L.L.C.; LEEWARD HOLDINGS, L.L.C.; CAMARILLO HOLDINGS, L.L.C; DARTMOOR HOLDINGS, L.L.C.; IC HOLDINGS, L.L.C.; NEW TIMES MEDIA, L.L.C.; UGC TECH GROUP C.V.; AND ANTIONIO ROSALES. | ) ) Honorable Manish S. Shah ) ) Magistrate Young B. Kim ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT BACK PAGE, L.L.C.'S ANSWER AND GENERAL DENIAL TO PLAINTIFF'S COMPLAINT**

Defendant BACK PAGE, LLC ("Back Page"), by its attorneys Ice Miller LLP, answers Plaintiff's complaint as follows:

**GENERAL DENIAL**

Pursuant to FED. R. CIV. P. 8(b)(3), Back Page hereby denies in good faith all the allegations in Plaintiff's complaint, as Back Page has been incorrectly named in this suit and has no connection, no affiliation and no business relationship with the primary Defendants, Backpage.com and others.

**AFFIRMATIVE DEFENSES**

Back Page asserts the following separate and additional defenses to the claims alleged in Plaintiff's complaint. By alleging these affirmative defenses, Back Page is not altering the burdens of proof going forward with respect to any particular issue in this case. All defenses are pleaded in the alternative and do not constitute an admission of liability or that Plaintiff is

entitled to any relief whatsoever. All defenses pleaded below are based upon Back Page's current understanding of the claims asserted by Plaintiff, and Back Page reserves the right to plead additional defenses when and if they become appropriate and/or available in this action.

### FIRST AFFIRMATIVE DEFENSE

Lack of Standing: Plaintiff lacks standing to pursue this action against Back Page as Plaintiff has failed to adequately allege the existence of a concrete injury he sustained as a result of any conduct of Back Page.

### SECOND AFFIRMATIVE DEFENSE

Wrong Party: Plaintiff cannot state a colorable claim against Back Page because Back Page has been incorrectly named in this suit and has no connection, no affiliation and no business relationship with the primary Defendants, Backpage.com and others.

WHEREFORE, Back Page requests that the Court dismiss Back Page with prejudice based on its non-involvement in the suit and grant Back Page all other and further relief that the Court deems just and proper.

Respectfully submitted,

**BACK PAGE, L.L.C.**

By:     /s/ Isaac J. Colunga
          One of Its Attorneys

John D. Burke
Isaac J. Colunga
**ICE MILLER LLP**
200 West Madison Street
Suite 3500
Chicago, IL 60606
(312) 726-1567
john.burke@icemiller.com
isaac.colunga@icemiller.com

*Counsel for Back Page, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on November 20, 2017, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on all counsel of record through the Court's CM/ECF system:

        /s/ Isaac J. Colunga

C\1181629.1